# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, Inc. A NEW YOUR CORPORATION, | ) ) ) | CASE NO. 1:10MC74 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| | ) ) | |
| DOES 1-185, | ) ) ) ) | Case Pending in USDC Northern District of Texas, Dallas Division Case No. 3:10-cv-01537-B |
| DEFENDANTS. | ) | |

For all of the reasons set forth in the Order filed contemporaneously with this Judgment Entry, Doe 165's motion to quash, or, in the alternative, for a protective order, is **DENIED** without prejudice to file the motion in the United States District Court for the Northern District of Texas. This case is closed.

**IT IS SO ORDERED**.

Dated: November 3, 2010

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**